```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

RICO GONZALEZ,

        Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter from the Defendant filed on March 30, 2023. [ECF No. 7.] At the request of both parties, the April 5, 2023 Status Conference is ADJOURNED to May 23, 2023 at 10:30 AM.

On the application of both parties, it is HEREBY ORDERED that, in the interest of justice, all time from today to May 23, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for defense counsel to review discovery with the Defendant, for Defendant to discuss potential pretrial motions with defense counsel, and for the parties to continue discussing a pre-trial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 7.]

The Clerk of Court is respectfully requested to terminate docket entry 7.

**SO ORDERED.**

**Date: March 31, 2023**
      **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**