USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RICO GONZALEZ,

    Defendant.

1:23-cr-18-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by defense counsel, requesting that new CJA counsel be appointed to represent the Defendant. [ECF No. 9.] The Court will hold a conference regarding substitution of defense counsel on April 11, 2023 at 1:30 PM.

The Clerk of Court is respectfully requested to terminate docket entry 9.

**SO ORDERED.**

**Date:** April 5, 2023
     New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**