```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial of Defendant Rico Gonzalez will begin on Monday, January 22, 2024. This case must be tried to verdict within four days, and the Parties should plan accordingly. This is a firm trial date and the Court will not accept delays.

The parties shall file any motions *in limine* by November 3, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 1, 2023.

The trial will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. Any request by any Party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

The Court will hold a final pretrial conference on January 16, 2024 at 2:00 PM.

**SO ORDERED.**

**Date: August 8, 2023**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**