```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's motion to dismiss. The Government's opposition brief is due on or before September 4, 2023. Defendant's reply brief is due on or before September 25, 2023.

**SO ORDERED.**

**Date: August 15, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**