```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court will arraign the Defendant on the Superseding Indictment on November 6, 2023 at 2:00 PM.

On or before August 28, 2023, Defendant is directed to inform the Court whether he intends to amend the pending motion to dismiss [ECF No. 16] in light of the superseding indictment.

In the event that the Government seeks to exclude time under the Speedy Trial Act, the Government is directed to file a letter in compliance with Rule 1.G of this Court's Individual Rules of Practice in Criminal Cases.

The Clerk of Court is respectfully requested to terminate ECF No. 19.

**SO ORDERED.**

Date: August 22, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**