USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

Defendant filed a motion to dismiss on August 14, 2023. [ECF No. 16.] The Government subsequently filed a Superseding Indictment. [ECF No. 20.] In light of the Superseding Indictment, Defendant seeks leave to file an amended motion to dismiss. [ECF No. 23.] The Government does not object. [ECF No. 19.] Defendant's request is GRANTED.

Accordingly, Defendant's amended motion to dismiss must be filed on or before September 15, 2023. The Government's opposition brief must be filed on or before October 6, 2023. Defendant's reply must be filed on or before October 20, 2023.

The Clerk of Court is respectfully requested to terminate ECF No. 23.

**SO ORDERED.**

**Date:** **August 31, 2023**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**