UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2023

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that the Status Conference scheduled for December 11, 2023 at 2:00 PM is ADJOURNED to December 18, 2023 at 10:30 AM. The Court will arraign the Defendant on the Superseding Indictment at that time.

  IT IS FURTHER ORDERED that pretrial motions previously due on December 8, 2023 shall be filed by December 15, 2023. All other pretrial submissions shall be due, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 29, 2023.

**SO ORDERED.**

**Date: December 5, 2023**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**