```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Status Conference scheduled for December 18, 2023 at 10:30 AM is ADJOURNED to January 4, 2024 at 10:30 AM. The Court will arraign the Defendant on the Superseding Indictment at that time.

IT IS FURTHER ORDERED that pretrial motions previously due on December 15, 2023 shall be filed by December 22, 2023. All other pretrial submissions shall remain due, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 29, 2023.

**SO ORDERED.**

Date: December 14, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**