| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/26/2023 |

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

                Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint letter regarding the contingent disposition of this matter. [ECF No. 38]. In light of the circumstances outlined in that letter, IT IS HEREBY ORDERED that the Status Conference scheduled for January 4, 2024 at 10:30 AM is ADJOURNED *sine die*. IT IS FURTHER ORDERED that the deadline for remaining pretrial submissions, December 29, 2023, is ADJOURNED *sine die*.

**SO ORDERED.**

Date:  **December 26, 2023**
        **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**