```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In light of the parties' joint letter regarding the contingent disposition of this matter [ECF No. 38] and the Court's resolution of Defendant's motion to dismiss [ECF No. 40], IT IS HEREBY ORDERED that the final pretrial conference scheduled for January 16, 2024 at 2:00 PM and the trial scheduled to commence January 22, 2024 are ADJOURNED *sine die*. The parties are DIRECTED to contact Chambers regarding scheduling the anticipated plea hearing in this matter. [*See* ECF No. 38].

**SO ORDERED.**

**Date:  January 9, 2024**
**New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**