```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICO GONZALEZ,

Defendant.

1:23-cr-18-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

At the request of the Government and with the consent of the Defendant, the sentencing scheduled for May 7, 2024 at 11:00 AM is ADJOURNED to May 20, 2024 at 2:00 PM. The Defendant's sentencing submission shall be due May 6, 2024. The Government's sentencing submission shall be due May 13, 2024.

The Clerk of Court is respectfully requested to terminate docket entry 51.

**SO ORDERED.**

**Date: February 28, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**